**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Lake, | ) | No. CIV 06-3031-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| City of Phoenix, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pending before the Court is the parties' Joint Motion for Extension of Time to File Answer. [Doc. No. 14]  Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion for Extension of Time to File Answer [Doc. No. 14] is **GRANTED**.

**IT IS FURTHER ORDERED** Defendants shall have through March 8, 2007 to file a response to Plaintiff's First Amended Complaint.

DATED this 12th day of February, 2007.

Stephen M. McNamee
United States District Judge