**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

David Lake,                                    )    No. CIV 06-3031-PHX-SMM
                                               )
        Plaintiff,                   )    **ORDER**
                                               )
v.                                             )
                                               )
City of Phoenix, et al.,                       )
                                               )
        Defendants.                  )
                                               )
                                               )
_____)

    Pending before the Court is the Plaintiff's unopposed Motion to Continue Preliminary Pretrial Conference. [Doc. No. 21]  Good cause appearing,

    **IT IS ORDERED** that Plaintiff's Motion to Continue Preliminary Pretrial Conference [Doc. No. 21]  is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Court will conduct a Preliminary Pretrial Conference in this matter on **Monday, August 27, 2007, at 10:00 a.m.**

    **IT IS FURTHERED ORDERED** that all provisions of the Court's Order Setting Rule 16 Preliminary Pretrial Conference [Doc. No. 20], except the date changed above, remain in full force and effect.

    DATED this 31st day of May, 2007.

Stephen M. McNamee
United States District Judge