**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Lake,<br><br>     Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>     Defendants. | No.  CV06-3031-PHX-SMM<br><br>**ORDER** |

  Before the Court is the parties' Stipulation for Extension of Time for Plaintiff to Disclose Expert Witness and Defendants to File Rebuttal (Doc. #29).  The deadline of September 28, 2007 was set by the Court's Rule 16 Scheduling Order of August 28, 2007 (Doc. #27), and was proposed in their Proposed Case Management Plan (Doc. # 23). Nonetheless, the Court is willing to grant the parties' request with the explicit notation that no other dates are to be affected by this extension.

  **IT IS HEREBY ORDERED** Plaintiff shall have until **October 15, 2007** to disclose Plaintiff's expert witness and Defendants shall have until **October 29, 2007** to disclose their rebuttal to Plaintiff's expert witness.

  DATED this 26th day of September, 2007.

Stephen M. McNamee
United States District Judge