**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Lake,<br><br>            Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>            Defendants. | No.  CV06-3031-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Extension of Time for Plaintiff to Disclose Expert Witness and Defendants to File Rebuttal (Second Request) (Doc. # 32). The deadline of September 28, 2007 was set by the Court's Rule 16 Scheduling Order of August 28, 2007 (Doc. #27), and was proposed in their Proposed Case Management Plan (Doc. #23). The Court granted the parties' first request for an extension, providing the parties an additional ten (10) days. Nonetheless, the Court is willing to grant the parties' second request with the explicit notation that no other dates are to be affected by this extension.

**IT IS HEREBY ORDERED** Plaintiff shall have until **November 15, 2007** to disclose Plaintiff's expert witness and Defendants shall have until **December 15, 2007** to disclose their rebuttal to Plaintiff's expert witness.

DATED this 16th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge