**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Lake,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | No. CV06-3031-PHX-SMM<br><br>**ORDER** |

　　　　Before the Court is the parties' stipulation to extend discovery and dispositive motion deadline (Dkt. 44). The parties seek to extend the discovery deadline from February 15, 2008 to March 28, 2008, and the dispositive motion deadline from March 14, 2008 to April 25, 2008. The parties assert that this extension is necessary in order to allow sufficient time to complete depositions. Additionally, defense counsel has a trial in a separate matter beginning February 12, 2008.

　　　　Although the Court appreciates counsels' obligations in other matters, last minute requests are not well received by the Court. Counsel was aware of the upcoming trial date months before the scheduling order in this case. Furthermore, the Court granted the parties' second request to extend time for disclosing expert witnesses "with the explicit notation that no other dates [were] to be affected by [that] extension" (Dkt. 33, Order dated Oct. 17, 2007). Despite the lateness of the request, the Court will grant this one last extension.

//

//

1     Accordingly,

2     **IT IS HEREBY ORDERED** granting the parties' stipulation to extend discovery and
3 dispositive motion deadlines (Dkt. 44). The parties shall have until **March 28, 2008** to
4 complete discovery, and until **April 25, 2008** to file dispositive motions.

5     DATED this 29th day of January, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge