**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Lake, | ) No. CV-06-3031-PHX-SMM |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| v. | ) |
| | ) |
| City of Phoenix, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to the stipulation of the parties (Dkt. 69), and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, each party to bear its own costs and attorney's fees.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to terminate this matter.

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge